UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25CR-288-FL-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| JEFFRY JOSE DE PENA, | ) | |
| a.k.a. "Jeffry Jose De Pena Ortiz" | ) | |

The Grand Jury charges that:

COUNT ONE

On or about December 15, 2021, in the Eastern District of North Carolina, the

defendant, JEFFRY JOSE DE PENA, also known as "Jeffry Jose De Pena Ortiz," did

knowingly subscribe as true under penalty of perjury, a false statement with respect

to a material fact in an application, affidavit, or other document required by the

immigration laws or regulations prescribed thereunder, that is:

> On Part 4, Question 5.d. of his application for Consideration for Deferred
> Action for Childhood Arrivals (Form I-821D), in response to the question
> "Have you EVER engaged in, ordered, incited, assisted, or otherwise
> participated in any of the following: . . . [a]ny kind of sexual contact or
> relations with any person who was being forced or threatened?" he
> answered "No" when in fact, as he then knew, he had committed first
> degree sex offense with a child and indecent liberties with a child, on or
> about January 1, 2007, through January 1, 2012, in Wake County, North
> Carolina.

All in violation of Title 18, United States Code, Section 1546(a).

## COUNT TWO

On or about December 15, 2021, in the Eastern District of North Carolina, the defendant, JEFFRY JOSE DE PENA, also known as "Jeffry Jose De Pena Ortiz," while under penalty of perjury as permitted under 28 U.C.S. § 1746, did willfully subscribe as true a material matter which, at that time, he knew was not true, that is:

> On Part 4, Question 5.d. of his application for Consideration for Deferred Action for Childhood Arrivals (Form I-821D), in response to the question "Have you EVER engaged in, ordered, incited, assisted, or otherwise participated in any of the following: . . . [a]ny kind of sexual contact or relations with any person who was being forced or threatened?" he answered "No" when in fact, as he then knew, he had committed first degree sex offense with a child and indecent liberties with a child, on or about January 1, 2007, through January 1, 2012, in Wake County, North Carolina.

All in violation of Title 18, United States Code, Section 1621(2).

A TRUE BILL:

<span style="color:red">REDACTED VERSION</span>
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

11/18/25

DATE

W. ELLIS BOYLE
United States Attorney

BY: LORI B. WARLICK
Assistant United States Attorney